Prescribed by: DoDI 5106.04, DoDI 5106.05      **CONTROLLED** when filled

# JOINT INSPECTOR GENERAL ACTION REQUEST
## Personal and Fraud, Waste and Abuse Complaint Registration

### PRIVACY ACT STATEMENT

**AUTHORITY:** Title 10 U.S.C. 141; DoDD 5106.04; DoDI 5106.05.

**PRINCIPAL PURPOSE(S):** To secure sufficient information to inquire into the matters presented and to provide a response to the requestor(s) and/or take action to correct deficiencies.

**ROUTINE USE(S):** Information is used for official purposes within the Department of Defense; to answer complainants or respond to requests for assistance, advice, or information; by members of Congress and other Government agencies when determined by The Inspector General to be in the best interest of the Department of Defense; and, in certain cases, in trial by courts-martial and other military matters as authorized by the Uniform Code of Military Justice. Department of Defense "Blanket Routine Uses" also apply.

**DISCLOSURE:** Disclosure of personal information is voluntary; however, failure to provide complete information may hinder proper identification of the requestor, accomplishment of the requested action(s), and response to the requestor.

**WARNING:** Those who knowingly and intentionally provide false statements in this complaint are subject to potential punitive and administrative actions (UCMJ Art. 107; 18 U.S.C. 1001).

**1. NAME** (Last, First, Middle Initial): Czubatiuk, Angela N

**2. GRADE/RANK:** Army General

**3. SSN** (Optional): 318 90-4348

**4. STATUS** (X as applicable)
- [X] MILITARY
  - [ ] Air Force
  - [X] Army
  - [ ] Navy
  - [X] Marine Corps
  - [ ] Coast Guard
  - [ ] Active
  - [ ] Reserve
  - [ ] National Guard
  - [ ] Other
- [ ] CIVILIAN
  - [ ] Appropriated Fund
  - [ ] Nonappropriated Fund
  - [ ] Contractor
  - [ ] Foreign or Local National
  - [ ] Other

**5. UNIT IDENTIFICATION CODE (UIC)/ORGANIZATION ADDRESS:**

**6. PREFERRED MAILING ADDRESS** (If different from above):

**7. CONTACT TELEPHONE NUMBER(S)** (Include area code/DSN)
- a. DUTY: 7735054554
- b. HOME:
- c. CELL:

**8. E-MAIL ADDRESS(ES):** angcz@czubatiuk.org

**9. SPECIFIC ACTION REQUESTED** (What do you want the IG to do for you?):
pull money from NY Reserve bank.

**10. INFORMATION PERTAINING TO THIS REQUEST** (Background, list attached documents, who else (commander, agency) you have talked with about this matter, etc.):

were 4.5 Trillion —
Trump & Biden spent 2 Trillion —
I have bank account number and they have been laundering money from NY reserve bank —
Biden — deleted my file for marine core —
I'm under my father Czubatiuk, Victor

**11. STATEMENT OF UNDERSTANDING**
- [ ] I do
- [X] I do not consent to release my personal information inside official channels in order to resolve the matter(s) listed above.

I understand that if I do not agree to release my personal information, my request for assistance may go unresolved.

**a. DATE (YYYYMMDD):** 2024/07/29

**b. SIGNATURE:** Czubatiuk

**12. IG/CASE NUMBER** (Assigned by Joint IG):

DD FORM 2949, SEP 2009                                 Reset

Czubatiuk, Angela
Us Army General
Head of Investigations
1437 Bannock
Denver Co 80202
773-505-4556

# Angcz@Czubatiuk.org