**E-Filed**

# Colorado Online Voter Registration Confirmation 07/17/2024 02:24 PM

**Your eligibility to register to vote**

| | | | |
|---|---|---|---|
| Are you a citizen of the United States of America? | Yes ☑ | No ☐ |
| Are you at least 16 years of age? | Yes ☑ | No ☐ |
| Have you lived in Colorado for at least 22 days immediately before an election in which you intend to vote? | Yes ☑ | No ☐ |

**Your name**

CZUBATIUK          ANGELA          NICOLE
(Last name)        (First name)    (Middle name)      (Suffix)

**Your identifying information**

Your birth year  1978                Your gender identity:  Female ☑   Male ☐   X ☐   Not disclosed ☐

**Your contact information**

Your residential address

1350 grant st                    denver              80203          Denver
(Street address)                 (City or Town)      (ZIP Code)     (County)

Your mailing address (if different from residential address)

_____          _____  _____  _____  _____
(Mailing address)                (City or Town)      (State)  (ZIP Code)  (Country)

Address where you would like your ballot mailed (if different from your residential or mailing address)

_____          _____  _____  _____  _____
(Mailing address)                (City or Town)      (State)  (ZIP Code)  (Country)

Your phone number  7735054556                Fax number _____

**Election information by email**

If you select this option, you will receive upcoming election information by email.

I want to receive election information by email.  Yes ☑  No ☐

Email address
angcz78@gmail.com

**Your political party affiliation**

American Constitution ☐   Approval Voting ☐   Center ☐   Democratic ☐   Forward ☐   Green ☐   Libertarian ☐   No Labels ☐
Republican ☑   Unity ☐   Unaffiliated ☐

**Self-affirmation and electronic signature**

**Warning:**  A violation of the self-affirmation you are about to make is a criminal act under the laws of this state and will subject you to the penalties provided by law.  It is a class 1 misdemeanor to swear or affirm falsely as to your qualifications to register to vote.

I agree to the following statements:

☑ I affirm that I am a citizen of the United States; I have been a resident of Colorado for at least twenty-two days immediately before an election I intend to vote in; I am at least sixteen years old; and I understand that I must be at least eighteen to be eligible to vote in any election. I further affirm that the residence address I provided is my sole legal place of residence. I certify under penalty of perjury that the information I have provided on this application is true to the best of my knowledge and belief; and that I have not, nor will I, cast more than one ballot in any election.

☑ I authorize the use of my signature on file with the Department of State or the Department of Revenue for voter registration purposes.

Date (mm/dd/yyyy)  07/17/2024

Updated 1/25/2024                                                                      [Section 1-2-202.5, C.R.S.]

| FEC FORM 1 | **STATEMENT OF ORGANIZATION** | |
|---|---|---|

Office Use Only

**1. NAME OF COMMITTEE (in full)**  ☐ (Check if name is changed)   Example: If typing, type over the lines.   `12FE4M5`

SUS RESERVE 78

Angela Nicole Czubatiuk

**ADDRESS (number and street)**  ☐ ◄ (Check if address is changed)

Angela Czubatiuk

552 E Shipwreck Rd

| Santa Rosa Beach | FL | 32459- |
|---|---|---|
| CITY ▲ | STATE ▲ | ZIP CODE ▲ |

**COMMITTEE'S E-MAIL ADDRESS**  ☐ ◄ (Check if address is changed)

angela@czubatiuk.org

Optional Second E-Mail Address

**COMMITTEE'S WEB PAGE ADDRESS (URL)**  ☐ ◄ (Check if address is changed)

**2. DATE**  07 17 2024

**3. FEC IDENTIFICATION NUMBER ▶**  C

**4. IS THIS STATEMENT**  ☐ NEW (N)  **OR**  ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer   Angela Czubatiuk

Signature of Treasurer   _[signature]_   Date  07 18 2024

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109. ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

| Office Use Only | | | | | For further information contact: Federal Election Commission Toll Free 800-424-9530 Local 202-694-1100 | **FEC FORM 1** (Revised 03/2022) |
|---|---|---|---|---|---|---|

FEC **Form 1** (Revised 03/2022)                                                                 Page **2**

5.   TYPE OF COMMITTEE:

**Candidate Committee:**

(a) ☐  This committee is a principal campaign committee. (Complete the candidate information below.)

(b) ☒  This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate: *Czubatiuk Nicole, Angela*

Candidate Party Affiliation: [        ]        Office Sought: ☐ House    ☐ Senate    ☒ President        State [ CO ]    District [   ]

(c) ☐  This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate: *Czubatiuk Nicole, Angela*

**Party Committee:**

(d) ☐  This committee is a [        ] (National, State or subordinate) committee of the [ REP ] (Democratic, Republican, etc.) Party

**Political Action Committee (PAC):**

(e) ☐  This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

☒ Corporation              ☐ Corporation w/o Capital Stock              ☐ Labor Organization

☐ Membership Organization  ☐ Trade Association                          ☐ Cooperative

☐ In addition, this committee is a Lobbyist/Registrant PAC.

(f) ☐  This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

☐ In addition, this committee is a Lobbyist/Registrant PAC.

☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g) ☐  This committee is an independent expenditure-only political committee (Super PAC).

☐ In addition, this committee is a Lobbyist/Registrant PAC.

(h) ☒  This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

☒ In addition, this committee is a Lobbyist/Registrant PAC.

**Joint Fundraising Representative:**

(i) ☒  This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j) ☐  This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. [                        ]        C [          ]

2. [                        ]        C [          ]

FEC Form 1 (Revised 03/2022)

Page 4

Full Name of Designated Agent

Mailing Address

CITY ▲          STATE ▲          ZIP CODE ▲

Title or Position ▼

Telephone number

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

US Treasury Department

Mailing Address    290 Broadway #3

NEW York          NY    10007-1866

CITY ▲          STATE ▲          ZIP CODE ▲

Name of Bank, Depository, etc.

FEDERAL RESERVE BANK OF NEY YORK

Mailing Address    33 Liberty St

NEW York          NY    10045-0001

CITY ▲          STATE ▲          ZIP CODE ▲

FEC Form 1 (Revised 03/2022)                                                    Page **3**

Write or Type Committee Name

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

Mailing Address

CITY ▲                    STATE ▲          ZIP CODE ▲

Relationship:  ☐ Connected Organization   ☐ Affiliated Organization   ☐ Joint Fundraising Representative   ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

Full Name

Mailing Address

CITY ▲                    STATE ▲          ZIP CODE ▲

Title or Position ▼

Telephone number [    ] - [      ] - [        ]

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

Full Name of Treasurer

Mailing Address

CITY ▲                    STATE ▲          ZIP CODE ▲

Title or Position ▼

Telephone number [    ] - [      ] - [        ]



ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

REPORT NUMBER: 24-0800110



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | | INITIAL | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 35A | Financial Crimes/Fraud/Identity Theft | | SUPP | 02/24/2024 08:58 AM | 06/24/2024 09:30 AM | 06/24/2024 09:54 AM |
| REPORT FILED FROM | TRACKING NUMBER | | LOCATION OF OCCURRENCE | | APPROVED BY | |
| — | 734800114 | | 280 broadway, New York, NY | | 1712/Mike Saunders | |
| LOCATION TYPE | | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
| — | | — | — | — | — | — | — |

## PERSON LISTINGS

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| VIC | Czubakus | Angela | | | | | | |
| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| — | — | — | — | — | — | — | — | — |
| EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| seps730@gmail.com | | — | | | | | — | |
| EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| — | | — | | | | | — | |

## NARRATIVE

4.5 trillion was sent to New York from Colorado that I created in my name and Trump and Biden keep negotiating it and laundering money to have judges killed. Police and military

Warrant needed -



Fwd: Customer Satisfaction Survey for C...

ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 24-0800108**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 26A | Financial Crimes/Fraud/Identity Theft | X | 02/19/2023 10:55 AM | 06/19/2024 10:55 AM | 06/19/2024 10:58 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: |
|---|---|---|---|---|
| *** | T24000105 | 42313 vista ridge, Parker , CO 80138 | | 1717/Mike Saunders |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | Czubatiuk | Angela | | *** | *** | * | *** | *** |

| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMAIL | RESIDENCE ADDRESS | HOME PHONE |
|---|---|---|
| angcz78@gmail.com | *** | *** |

| EMPLOYER NAME | BUSINESS ADDRESS | WORK PHONE |
|---|---|---|
| | *** | |

## NARRATIVE

Trump and Joe Biden are responsible and being charged for culting to watch my life, Judge Boyette and the police in Elbert county -

To steal the money I made in 2023 at 13.8 Trillion dollars using Sasha overbaugh, Ryan Arne and Carrie Arne Warren

Responsible for watching dreams and the where about of my family wanting them dead.

Headquarters in Chicago has been notified



12:58

< Inbox    Your Online Po...    ∧ ∨

ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

REPORT NUMBER: 24-0800111



**INCIDENT INFORMATION**

| INCIDENT CODE | INCIDENT TYPE | | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|---|
| 26A | Financial Crimes/Fraud/Identity Theft | | SUPP | | 09/24/2024 10:00 AM | 09/24/2024 10:00 AM | 09/24/2024 10:12 AM |
| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | | | APPROVED BY | |
| | T24000115 | 290 broadway, Manhattan , NY | | | | 971798lisa Saunders | |
| LOCATION TYPE | | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |

**PERSON LISTINGS**

| TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|
| VIC | Crebshah | Angela | | | | | | |
| SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| angcz79@gmail.com | | | | | | | | |
| EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | |

**NARRATIVE**

Meghan Eians affiliated with Trump are blocking emails pertaining to theft from my US treasury account

Aiding and abedding

Report Created On 09/25/2024 01:36 PM                    Page 1 of 1



Fwd: Customer Satisfaction Survey for C...

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz@czubatiuk.org> |
| **Sent:** | Tuesday, July 16, 2024 1:23 PM |
| **To:** | ETC General |
| **Subject:** | Print please |

Czubatiuk, Angela
Us Army General
Head of Investigations
1437 Bannock
Denver Co 80202
773-505-4556

# Angcz@Czubatiuk.org

Begin forwarded message:

> **From:** "Czubatiuk, A" <angcz78@gmail.com>
> **Date:** July 13, 2024 at 9:49:24 PM MDT
> **To:** angcz@czubatiuk.org, Jeffrey.d.mix.mil@army.mil, USACO-PublicAffairs <USACO.PublicAffairs@usdoj.gov>
> **Subject: Trump VS Warsaw**
>
> I asked Trump and Biden to step down to move out of the country to negotiate using my bank account in Warsaw
>
> Trump is negotiating behind my back k plotting to steal my account number to launder back in United States- monies given from other countries.
>
> The General of Warsaw will not allow that to happen
>
> Czubatiuk, Angela
> Queen of England
> Army General
> 7735054556
> Sent from my iPhone

2.6k viewing now

Chicago police told **NBC 5** there was a 'call of service' at the building.
According to Total Traffic, Wabash Avenue in both directions was closed between
Wacker Drive and Hubbard Street due to the incident.

In an interview with WBBM, one resident described the chaos inside the building.

'I was just doing some housework and some cooking and I decided to take some air,' the
man who identified himself as Steve said.

'I came down to the lobby and I was quickly escorted away from the lobby, out of the
building and was told not to come back until it was clear,' the man said.

'I asked several times what was going on and they wouldn't acknowledge,' he continued.

Residents reportedly weren't permitted to enter the building for several hours.

**FOX 3 Chicago** shared video of the heavy police presence outside of the building,
including clips where several officers are spotted patrolling the scene.
The Trump Tower and Hotel is home to a mix of condos and hotel rooms.



SWAT team responds to armed woman at Chicago Trump Tower

Play

Mute

Current Time 0:00

/

Duration Time 2:35

Fullscreen

Need Text



**+5**

View gallery

- 

**Police on the scene outside of Trump Tower in Chicago on Wednesday afternoon**



**+5**

View gallery

- 

**Police closed off Wabash Avenue in both directions as they investigated the threat**

In a statement on Twitter, police said they're still investigating.

'SWAT officers are on-scene in the 400 block of N. Wabash for a domestic-related incident,' police said.

'At this time, we believe this is an isolated incident and there is no threat to the public. Media staging is at Grand/Wabash,' it read.

'Updates will be provided when available,' the statement concluded.

**Chicago**

**Share or comment on this article: Armed woman sparks Trump Tower lockdown in Chicago as SWAT teams responds**

- 
- 
- 
- 
- 
-   e-mail
- 
-   **191**
    shares

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Monday, July 1, 2024 8:05 PM |
| **To:** | Angela Cz; ETC General; officeofthechief@miami-police.org; jroberts@dccourts.gov; jmerchan@nycourts.gov |
| **Subject:** | Fwd: Trump |

Golf courses Trump owns in Florida are contributed and paid from the NY treasury

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Czubatiuk <angcz@czubatiuk.org>
> **Date:** July 1, 2024 at 8:01:05 PM MDT
> **To:** angcz78@gmail.com, ETC General <info@elizabethtech.net>
> **Subject: Trump**
>
> Laundered 30 billion that he supposedly raised from the RNC account in Wisconsin
> That was actually stolen from NY treasury I created for the country
>
> Czubatiuk
>
> Sent from my iPhone

1

ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 24-0800108**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 26A | Financial Crimes/Fraud/Identity Theft | SUPP | | 02/19/2023 10:55 AM | 06/19/2024 10:55 AM | 06/19/2024 10:58 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | | APPROVED BY: |
|---|---|---|---|---|---|
| *** | T24000105 | 42313 vista ridge, Parker , CO 80138 | | | 1717/Mike Saunders |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | Czubatiuk | Angela | | *** | *** | | * | *** | *** |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | | | | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | | |
| | angcz78@gmail.com | | *** | | | | | *** | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | | |
| | | | *** | | | | | | | |

## NARRATIVE

Trump and Joe Biden are responsible and being charged for culting to watch my life, Judge Boyette and the police in Elbert county -

To steal the money I made in 2023 at 13.8 Trillion dollars using Sasha overbaugh, Ryan Arne and Carrie Arne Warren

Responsible for watching dreams and the where about of my family wanting them dead.

Headquarters in Chicago has been notified

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Friday, June 28, 2024 8:05 PM |
| **To:** | ETC General |
| **Subject:** | Fwd: Trump |

Sent from my iPhone

Begin forwarded message:

**From:** Angela Czubatiuk <angcz78@gmail.com>
**Date:** June 27, 2024 at 4:35:48 PM MDT
**To:** kwright@uscourts.gov, Agiannoulias@ilsos.gov,
ISP.ZONE5COMMANDER@illinois.gov, ISP.Illinois.FFL@illinois.gov,
Chicago.ATR@usdoj.gov, jmerchan@nycourts.gov, frank.kurys@nypd.org,
KEVIN.MEI@nypd.org, NYAG.Pressoffice@ag.ny.gov,
support.cbsnews@cbsinteractive.com
**Subject: Trump**

Trump watching my life

Military police tried killing me

Trump hotel to take and put in my name

For watching my life


https://www.facebook.com/share/G8KHih9YwKtKGRpZ/?mibextid=QwDbR1

Czubatiuk, Angela
US ATTORNEY GENERAL
7735054556

Sent from my iPhone

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Monday, July 1, 2024 8:53 PM |
| **To:** | ETC General |
| **Subject:** | Fwd: Trump - Biden |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Czubatiuk <angcz78@gmail.com>
> **Date:** July 1, 2024 at 8:53:04 PM MDT
> **To:** mpd@dc.gov, ng.co.coarng.list.staff-pao@mail.mil, ng.ncr.ngb-arng.mbx.ngb-ig@army.mil
> **Subject: Trump - Biden**
>
> Want J Robert's dead-
> Washington DC Supreme Court
>
> If he comes up missing P. Trump and P. Biden are affiliated
>
> Czubatiuk, A
>
>
> Sent from my iPhone

## Elizabeth Technology Center

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz@czubatiuk.org> |
| **Sent:** | Tuesday, July 2, 2024 10:26 AM |
| **To:** | ETC General |
| **Subject:** | Fwd: Trump |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Czubatiuk <angcz@czubatiuk.org>
> **Date:** July 1, 2024 at 4:01:56 PM MDT
> **To:** global.nyia@gmail.com
> **Subject: Trump**
>
> Need to investigate trump first tapping my phone
>
> Czubatiuk, Angela
> 7735054556
> Sent from my iPhone

# Elizabeth Technology Center

**From:**
**Sent:**
**To:**
**Subject:**

Angela Czubatiuk <angcz78@gmail.com>
Monday, July 1, 2024 7:02 PM
ETC General
Fwd: Tony Vargas

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Czubatiuk <angcz78@gmail.com>
> **Date:** July 1, 2024 at 7:01:23 PM MDT
> **To:** dma.enterprise-customer-services@mail.mil
> **Subject: Tony Vargas**

Formally buffalo now in Tampa has 1.5 Trillion I made stole from
through admin of military

Needs to be confiscated take him to jail







Sent from my iPhone



1:04        .ıll 5Gⁿ ▭

< Inbox     ⌃   ⌄

Reply To: ElbertCount... >

# Your Online Police Report T24000142 Has Been Submitted

Your online report has been successfully received and the tracking number is T24000142.
You will be notified via email of any problems with your report. Once your report is approved, it will be issued a case number and you will receive a PDF copy as an attachment in your email within approximately five business days.

**Fwd: Crooks - presidents file**

**1:03**    ●ıll 5G⁹ ▬

### Confirm Question(s)  ✓

Confirmed

### Additional Information  ✓

Original or Supplemental Report: Original    Update
Individual or Business Victim: Individual

### Yourself  ✓

Angela Czubatiuk , 42313 vista ridge, Parker, CO    Update
80138, US

### Incident Details  ✓

Time: 07/05/2024 01:00 PM - 07/05/2024 01:00 PM Update
Location: 42313 vista ridge, Parker, CO 80138

### Narrative  ✓

Donald Trump stole 1 Trillion out of my US
treasury account and laundered into either his
own or son or daughter name

                                                Update
Chase bank

Securities fraud    Session expires in 29:57. ●



Gave .5 Trillion to New York 1st district so they would not hand over my account from US treasury

Czubatiuk, Angela

Sent from my iPhone

Gave .5 Trillion to New York 1st district so they would not hand over my account from US treasury

Czubatiuk, Angela

Sent from my iPhone



f X t ✉ Share

# Detectives



**Chief of Detectives :** Joseph Kenny

𝕏 Follow @NYPDDetectives

In March 2016, the Detective Bureau was restructured, establishing a unified command for all investigatory operations to further



**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Czubatiuk, A <angcz78@gmail.com> |
| **Sent:** | Wednesday, July 10, 2024 5:53 PM |
| **To:** | jmerchan@nycourts.gov; miles.holman@nypd.org; usarmy.usarc.ocar.mbx.gomo@army.mil; USANCE.PublicInfoOfficer@usdoj.gov; ETC General |
| **Subject:** | Trump |

Gave .5 Trillion to New York 1st district so they would not hand over my account from US treasury

Czubatiuk, Angela


Sent from my iPhone

**1:20**   LTE 

a LOCAL Deputy, you need to have a deputy respond to your location in order to properly evaluate the case.

**Confirm Question(s)** 

Confirmed

**Additional Information** 

Original or Supplemental Report: Original   Update
Individual or Business Victim: Individual

**Yourself** 

Angela Czubatiuk, 42313 vista ridge, Parker, CO   Update
80138, US

**Incident Details** 

Time: 07/01/2024 01:15 PM - 07/01/2024 01:15 PM   Update
Location: 42313 vista ridge, Parker, CO 80138

**Narrative** 

Judge Michael Kramer had connections to
reserve account created through Elbert County I   Update
created and handed it over to James McKnight
2 billion left

Session expires in 29:56.



**1:20**

.ıll LTE 🔋



This Incident has been reported to the
Elbert County Sheriff's Office
and is pending approval

Elbert County Sheriff's Office
752 Ute Ave
Kiowa, CO 80117
303-621-2027

**General Information**

| | |
|---|---|
| Incident Type | Financial Crimes/Fraud/Identity Theft |
| Tracking Number | T24000111 |
| Report Date | 07/01/2024 01:20 PM |

**Reporting Person Information**

| | |
|---|---|
| Name | Czubatюk, Angela |
| Home Address | 42111 Vista Ridge, Parker, CO 80138, US |
| Home Phone | 763 905 4556 |
| Email | avgcz78@gmail.com |
| Race | White |
| Sex | Female |
| DOB | 11/14/1978 |
| Driver License No | 141537245 |
| Licensing State | CO |

**Incident Information**

| | |
|---|---|
| Incident Location | 42111 Vista Ridge, Parker, CO 80138 |
| Incident Time (start) | 07/01/2024 01:15 PM |
| Incident Time (end) | 07/01/2024 01:15 PM |

**Narrative**

| | |
|---|---|
| Incident Description | Judge Michael Kramer had connection to reserve account created through Elbert County frozen and handed it over to James McKnight.
2 billion left |

[ Print This Report ]







**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Friday, July 5, 2024 4:59 PM |
| **To:** | ETC General; angcz@czubatiuk.org; CAPS001District@chicagopolice.org |
| **Subject:** | Presidents |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Are abusing artificial intelligence using alien ship while other countries watch our country and military -

Knowing how much our country makes -

World leaders like Putin bully Trump and Biden Forcing them to give up part of the reserve account at 1 Trilion - 2Trillion

Using our military as a negotian and our bases in exchange to make money

Czubatiuk, Angela
QUEEN OF ENGLAND
7735054556

Sent from my iPhone

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Czubatiuk, A <angcz78@gmail.com> |
| **Sent:** | Tuesday, July 16, 2024 1:32 PM |
| **To:** | ETC General |
| **Subject:** | Print please |

Sent from my iPhone

Begin forwarded message:

> **From:** "Czubatiuk, A" <angcz78@gmail.com>
> **Date:** July 15, 2024 at 10:32:23 PM MDT
> **To:** officeofthechief@miami-police.org, Rhandberg@usdoj.gov
> **Subject: Desantis**
>
> Trying to add national security threat to my license/
>
> Get rid of him or I get rid of you!
>
> " I called in to the state"
>
> Desantis
>
>
> Czubatiuk, Angela
> 7735054556
> Running for office 24'
> Army General
>
>
>
> Sent from my iPhone

ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 24-0800108**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 26A | Financial Crimes/Fraud/Identity Theft | SUPP | | 02/19/2023 10:55 AM | 06/19/2024 10:55 AM | 06/19/2024 10:58 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: |
|---|---|---|---|---|
| *** | T24000105 | 42313 vista ridge, Parker , CO 80138 | | 1717/Mike Saunders |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| | | | | | | |

## PERSON LISTINGS

| | TYPE VIC | LAST NAME Czubatiuk | FIRST NAME Angela | MIDDLE NAME | DOB *** | RACE *** | SEX * | DRIVER LIC NO *** | LIC ST *** |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | EMAIL angcz78@gmail.com | | RESIDENCE ADDRESS *** | | | | | HOME PHONE *** | |
| | EMPLOYER NAME | | BUSINESS ADDRESS *** | | | | | WORK PHONE | |

## NARRATIVE

Trump and Joe Biden are responsible and being charged for culting to watch my life, Judge Boyette and the police in Elbert county -

To steal the money I made in 2023 at 13.8 Trillion dollars using Sasha overbaugh, Ryan Arne and Carrie Arne Warren

Responsible for watching dreams and the where about of my family wanting them dead.

Headquarters in Chicago has been notified







Court

**Primary Phone**
720-625-5410

**Location(s)**

**Ralph L. Carr Judicial Center**

2 East 14th Avenue
Denver, CO 80203
United States

View Details →

**Bio**

Brian D. Boatright was sworn in as Justice of
the Colorado Supreme Court on November
21, 2011 and as Chief Justice on January 1,

🔒 coloradojudicial.gov

Sent from my iPhone

Begin forwarded message:

**From:** Angela Czubatiuk <angcz78@gmail.com>
**Date:** June 22, 2024 at 12:33:24 PM MDT
**To:** jmerchan@nycourts.gov, KEVIN.MEI@nypd.org, BRIAN.COLLORD@nypd.org, ACSInspectorGeneral@doi.nyc.gov, CHARLES.KOSA@nypd.org, caban.nyc@gmail.com, crimetip@troopers.ny.gov, JOEL.MOTTOLA@nypd.org
**Subject: Biden**

Biden was seen talking to inspector General of treasury to unlock my account of 2 Trillion

Inspector General now says it's not in my name

Czubatiuk, Angela
Sent from my iPhone

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Cz <angcz78@gmail.com> |
| **Sent:** | Wednesday, June 19, 2024 11:06 AM |
| **To:** | ETC General |
| **Subject:** | Fwd: Homeland security |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** May 29, 2024 at 2:17:43 PM MDT
> **To:** Attorney.General@ct.gov
> **Subject: Fwd: Homeland security**

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** May 29, 2024 at 1:58:27 PM MDT
> **To:** jmerchan@nycourts.gov
> **Subject: Fwd: Homeland security**

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** May 29, 2024 at 1:42:08 PM MDT
> **To:** oagcommunity@dc.gov
> **Subject: Homeland security**

Good afternoon,

That money that is in the homeland security account needs to be locked-

Biden should not have access to it

I am the responsible for making money that was taken from New York .

Those troops entering Ukraine have our flag stamped on the

1

ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 24-0800095**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| 26A | Financial Crimes/Fraud/Identity Theft | X | 05/13/2024 07:30 AM | 06/07/2024 07:30 AM | 06/07/2024 07:37 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: |
|---|---|---|---|---|
| *** | T24000098 | 290 Broadway # 3, New York, NY, New york, NY 10007 | | 1717/Mike Saunders |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| | | | | | | |

## PERSON LISTINGS

| | TYPE VIC | LAST NAME Czubatiuk | FIRST NAME Angela | MIDDLE NAME | DOB *** | RACE *** | | SEX | DRIVER LIC NO *** | LIC ST *** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | EMAIL angcz78@gmail.com | | RESIDENCE ADDRESS *** | | | | | HOME PHONE *** | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS *** | | | | | WORK PHONE | | |

## NARRATIVE

May 13 2024

Homeland security account was created and taken from New York treasury - account was created in my name and he did not do what he was suppose do with it -

Laundered money for hunter and Jill Biden - once bank and city main bank -

ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

**REPORT NUMBER: 24-0800095**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|---|
| 26A | Financial Crimes/Fraud/Identity Theft | | SUPP | | 05/13/2024 07:30 AM | 06/07/2024 07:30 AM | 06/07/2024 07:37 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: |
|---|---|---|---|---|
| *** | T24000098 | 290 Broadway # 3, New York, NY, New york, NY 10007 | | 1717/Mike Saunders |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VIC | Czubatiuk | Angela | | *** | *** | * | *** | *** |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | | | | | | | | | |
| | EMAIL | | | RESIDENCE ADDRESS | | | | HOME PHONE | |
| | angcz78@gmail.com | | | *** | | | | *** | |
| | EMPLOYER NAME | | | BUSINESS ADDRESS | | | | WORK PHONE | |
| | | | | *** | | | | | |

## NARRATIVE

May 13 2024

Homeland security account was created and taken from New York treasury - account was created in my name and he did not do what he was suppose do with it -

Laundered money for hunter and Jill Biden - once bank and city main bank -

30 Bill -
Hunter -
60 Billion -
Jill in connecticut -
out of
my NY
US Treasury

**10:58**  .ıll 5G 



**This incident has been reported to the
Elbert County Sheriff's Office
and is pending approval**

Elbert County Sheriff's Office
751 Ute Ave
Kiowa, CO 80117
303-621-2027

**General Information**
Incident Type          Financial Crimes/Fraud Identity Theft
Tracking Number        T24000105
Report Date            06/19/2024 10:58 AM

**Reporting Person Information**
Name                   Czubot ak , Angela
Home Address           42313 vista ridge, Parker , CO 80138, US
Home Phone             773 505 4556
Email                  angc275@gmail.com
Race                   White
Sex                    Female
DOB                    11-14-1978
Driver License No      181430740
Licensing State        CO

**Incident Information**
Incident Location      42313 vista ridge, Parker , CO 80138
Incident Time (start)  02/19/2023 10:55 AM
Incident Time (end)    06/19/2024 10:55 AM

**Narrative**

Trump and Joe Biden are responsible and being charged for ruining to watch my life. Judge Boyette and the police in Elbert county.

Incident Description  ✗  To steal the money I made in 2023 at 13.6 billion dollars using Sasha overbrough, Ryan Arne and Carrie Anne Warren

Responsible for watching dreams and the where about of my family wanting them dead.

Headquarters in Chicago has been notified.

 Print This Report



9:40   5G

Inbox

# Your Online Police Report T24000144 Has Been Submitted

Your online report has been successfully received and the tracking number is T24000144.
You will be notified via email of any problems with your report. Once your report is approved, it will be issued a case number and you will receive a PDF copy as an attachment

2

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Monday, July 8, 2024 10:16 AM |
| **To:** | ETC General |
| **Subject:** | Print pic x 3 |



Sent from my iPhone

**9:40**

 **5G**



This incident has been reported to the
Elbert County Sheriff's Office
and is pending approval

Elbert County Sheriff's Office
751 Ute Ave
Kiowa, CO 80117
303-621-2027

### General Information

| | |
|---|---|
| Incident Type | Financial Crimes/Fraud/Identity Theft |
| Tracking Number | T24000144 |
| Report Date | 07/06/2024 09:40 PM |

### Reporting Person Information

| | |
|---|---|
| Name | Czubatiuk, Angela |
| Home Address | 42313 vista ridge, Parker, CO 80138, US |
| Home Phone | 773 505 4556 |
| Email | angcz78@gmail.com |
| Race | White |
| Sex | Female |
| DOB | 11/14/1978 |
| Driver License No | 141830740 |
| Licensing State | CO |

### Incident Information

| | |
|---|---|
| Incident Location | 42313 vista ridge, Parker, CO 80138 |
| Incident Time (start) | 07/06/2024 09:35 PM |
| Incident Time (end) | 07/06/2024 09:35 PM |

### Narrative

| | |
|---|---|
| Incident Description | Kamala Harris : stole 20 million out of homeland security account
Stalking , harassment
Joe Biden  Stalking  Harassment : intent to harm me
Obama intent to harm me
Trump Donald : intent to harm / stalking and harassment |

Print This Report

4

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Cz <angcz78@gmail.com> |
| **Sent:** | Wednesday, June 19, 2024 11:05 AM |
| **To:** | ETC General |
| **Subject:** | Fwd: Biden- See attachment |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** June 13, 2024 at 5:22:31 PM MDT
> **To:** mpd@dc.gov, Rcontreras@uscourts.gov
> **Subject: Fwd: Biden- See attachment**
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Angela Cz <angcz78@gmail.com>
> > **Date:** June 13, 2024 at 4:46:41 PM MDT
> > **To:** mpd@dc.gov
> > **Subject: Fwd: Biden- See attachment**
> >
> > Biden is responsible for talking to aliens and culting in a group of myself and stars for control and mental manipulation
> >
> > Called this into quantify bay and trying to have me killed to steal from the New York treasury of the money I created for this country,
> >
> > Judge Palmer boyette from Colorado 18 th district announced myself Queen of England in July of 2023
> >
> > As I am Queen of the United States which is where I reside.
> >
> > He needs to leave the marine base in DC ALONE AND OTHER BASES
> >
> >
> > Sent from my iPhone
> >
> > Begin forwarded message:
> >
> > > **From:** Angela Cz <angcz78@gmail.com>
> > > **Date:** May 29, 2024 at 2:17:25 PM MDT

1

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Monday, July 1, 2024 4:44 PM |
| **To:** | ETC General |
| **Subject:** | Fwd: Biden |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Czubatiuk <angcz78@gmail.com>
> **Date:** June 22, 2024 at 12:33:24 PM MDT
> **To:** jmerchan@nycourts.gov, KEVIN.MEI@nypd.org, BRIAN.COLLORD@nypd.org,
> ACSInspectorGeneral@doi.nyc.gov, CHARLES.KOSA@nypd.org, caban.nyc@gmail.com,
> crimetip@troopers.ny.gov, JOEL.MOTTOLA@nypd.org
> **Subject: Biden**
>
> Biden was seen talking to inspector General of treasury to unlock my account of 2 Trillion
>
> Inspector General now says it's not in my name
>
> Czubatiuk, Angela
> Sent from my iPhone

## ACLJ



# America's Mounting Debt Is a National Security Threat

**By Mike Pompeo, Senior Counsel for Global Affairs | June 28**

**5 min read**  NATIONAL SECURITY

Listen to
this article          0:00 / 5:17

*2 Trillion- in my account ??. See next*

I learned valuable lessons running a machine shop in Kansas before entering government service. Perhaps the most important was this: You have to balance the books. Everything produced has a cost – whether it's labor, materials, quality control, marketing, or more – and it is the

responsibility of any competent business owner to ensure that these costs do not exceed the revenue earned by the company.  When you fail to do this, the consequences are terrible – layoffs, downsizing, and total failure all become possibilities or even imperatives.  This is a fundamental truth: No matter how big or wealthy a business may be, running deficits only leads to failure.  Our federal government has forgotten this essential truth.  We must wake up to the threat America's mounting national debt poses to the future of our country before it is too late.

A recent report (https://www.cbo.gov/publication/60039) from the Congressional Budget Office's (CBO) estimates that this year's budget deficit will be $2 trillion – somehow $400 billion more than was forecast in February and $300 billion larger than last year's deficit.  Our national debt was 97.3% of our national GDP last year; in ten years, the CBO now estimates that it will balloon to 122% of GDP.  We will literally have more debt as a nation than the total wealth of our economy – the largest, most dynamic and powerful in the world – is able to produce.

This amounts to almost $35 trillion.  That's over $250,000 per American family!  The federal government is saddling future generations with unbelievable debt that will be incredibly difficult to overcome.  It carries very real and very serious consequences.  Rising debt can lead to high levels of inflation – a phenomenon we've already seen in the Biden Administration.  Prices as measured by the Consumer Price Index (CPI) are up nearly 20% since Biden took office.  Coupled with inflation, rising debt also leads to persistent higher interest rates – which discourage private

investment and slow economic growth – another phenomenon we've seen
during Biden's tenure, as Biden's fiscal policies have led to the most rapid
increase in mortgage rates in four decades.  That isn't just a number on a
spreadsheet – it means families, especially young families, all across
America cannot afford to purchase a home.  Persistent high debt, interest
rates, and inflation can combine to weaken the value of the U.S. dollar in
the long run – a disastrous outcome that would only benefit America's
adversaries in Beijing, Moscow, and Tehran as they seek to recenter the
global economy away from the United States.

Lastly, you have to at least pay the interest on the debt. This year, that
interest is approaching $1 trillion.  This is more than we pay for our nation's
defense. Every new dollar of debt takes away precious resources that can
be better used to keep this nation strong, or, even better, keep it in the
hands of the American people.

Like an addict who won't admit they have a problem, the Biden
Administration cannot deliver a strong economy because it refuses to
identify why inflation, debt, and interest rates are all rising: entitlement
spending.  Biden's student debt "forgiveness" programs will cost a
combined $870 billion to $1.4 trillion.  Goldman Sachs estimated that the
Inflation Reduction Act, replete with green energy subsidies and handouts,
carries a total cost of $1.2 trillion.  Subsidies for the Affordable Care Act –
otherwise known as Obamacare – have also skyrocketed, in part due to the
Biden Administration introducing new rules allowing a large number of

illegal immigrants to have access to it.  In short, entitlement spending is rising at an unsustainable pace.

The Biden Administration doesn't seem to care.  Consider its approach to inflation: First, it claimed that inflation was transitory. When that turned out to be a lie, it said that prices were just "catching up" to pre-COVID levels. When that turned out to be a lie, it found other things to blame instead – the war in Ukraine, supply chain issues, and more.  Its focus has always been short term and utterly political, leaving our children and grandchildren to pay the bills it is racking up.  Biden's plan to combat these rising costs is simply to raise taxes by $5 trillion, putting America's federal tax burden above 20% of GDP – one of the highest in our nation's history, and something that has rarely happened absent a war or major crisis.  (When factoring in state and local taxes, I suspect this is one of the highest rates in the industrialized world.)

A national debt crisis need not be our destiny, though – there are ample avenues to cutting entitlement spending without even touching things like Social Security.  Canceling unconstitutional programs, like Biden's student loan relief, is a good start and would be the right thing to do. After all, why should Americans who did not even attend college have to pay for those who did?  The Inflation Reduction Act should be demolished and every cent possible should be clawed back.  We should not provide immigrants who are here illegally with taxpayer-funded healthcare.  By doing these things, we can cut taxes instead of raise them and, combined with cutting regulations to allow our manufacturing and energy sectors to prosper, we

can bring down inflation and interest rates, too.  These are achievable

goals.  We simply need to elect leaders who are serious about our nation's

future, not just winning the next election.

**PETITION**

## Stop President Biden's Economic War on American Families

**64,874** Signatures

**Read Full Petition (aclj.org/radical-left/stop-president-bidens-economic-war-on-american-families)**

*(handwritten:)* they know — U.S in my account — imagine...

**MARCH 14, 2023**

# President Biden's $4.7 Trillion Tax Hike

*Plus, a supersized tax collector*

Washington, D.C.--After two years of policies that have led to record-high inflation and excessive deficit spending, the Administration is doubling down with more of the same 'cutting room floor' tax-and-spend proposals that fail to deliver what Americans want or need, and have been rejected by both political parties.

"The President's budget calls for nearly $5 trillion in new and increased taxes," said Senate Finance Committee Ranking Member Crapo. "If realized, these plans would create a tax regime that would lead to some individuals handing over more than half of their paychecks to the government, and many American businesses doing better off being headquartered overseas. Not surprisingly, the budget also requests even more 'spend first, plan later' funding for the IRS for enforcement and compliance operations, which will further squeeze hardworking Americans while doing nothing to make the IRS more service-oriented and taxpayer-focused. In his State of the Union address, President Biden repeatedly said, 'let's finish the job.' This budget shows hardworking taxpayers exactly what they can expect."



**5:14**

# X

**For you**                    **Following**

**Ang Cz** @AngCz5209... · 10s  ···
@NYPD1Pct US Treasury of New York City will need extra security this week due to Biden and Trump laundering money out of my account I made for the country- Military account !

**Queen of England!**

**U.S. Naval Institute** ✓ · 14m  ···
U.S. Naval Institute Archives Photo of the Week

**Blackout, mascot of a Coast Guard-manned landing craft**



ELBERT COUNTY SHERIFF'S OFFICE SUMMARY INCIDENT REPORT

REPORT NUMBER: 24-0800110



### INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | | INITIAL | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 24A | Financial Crimes/Fraud/Identity Theft | | SUPP | 06/24/2024 09:59 AM | 06/24/2024 09:50 AM | 06/24/2024 09:54 AM |
| REPORT FILED FROM | | TRACKING NUMBER | | LOCATION OF OCCURRENCE | | APPROVED BY: |
| *** | | T24400114 | | 760 broadway, New York., NY | | 1717/Mike Saunders |
| LOCATION TYPE | | THEFT TYPE | | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |

### PERSON LISTINGS

| | TYPE: | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|---|
| | VIC | Czvbsikvk | Angela | | | | | | | |
| 1 | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | *** | | | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | | |
| | angcz79@gmail.com | | *** | | | | | | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | | |
| | | | *** | | | | | | | |

### NARRATIVE

4.5 trillion was sent to New York from Colorado that I created in my name and Trump and Biden keep negotiating it and
laundering money to have judges killed. Police and military

Warrant needed -

Report Created On 06/25/2024 03:36 PM

Page 1 of 1



Fwd: Customer Satisfaction Survey for C...



**1:03**                                              ..ill 5G



| | **This incident has been reported to the<br>Elbert County Sheriff's Office<br>and is pending approval** | Elbert County Sheriff's Office<br>751 Ute Ave<br>Kiowa, CO 80117<br>303 621 2027 |
|---|---|---|

**General Information**

| | |
|---|---|
| Incident Type | Financial Crimes/Fraud Identity Theft |
| Tracking Number | T24000142 |
| Report Date | 07/05/2024 01:03 PM |

**Reporting Person Information**

| | |
|---|---|
| Name | Czubatiuk , Angela |
| Home Address | 42313 vista ridge, Parker, CO 80138, US |
| Home Phone | 773 505 4556 |
| Email | angcz78@gmail.com |
| Race | White |
| Sex | Female |
| DOB | 11/14/1978 |
| Driver License No | 141632740 |
| Licensing State | CO |

**Incident Information**

| | |
|---|---|
| Incident Location | 42313 vista ridge, Parker, CO 80138 |
| Incident Time (start) | 07/05/2024 01:00 PM |
| Incident Time (end) | 07/05/2024 01:00 PM |

**Narrative**

| | |
|---|---|
| | Donald Trump stole 1 Trillion out of my US treasury account and laundered into either his own or son or daughter name |
| Incident Description | Chase bank |
| | Securities fraud |

Print This Report

**10:58** 



|  | This incident has been reported to the Elbert County Sheriff's Office and is pending approval | Elbert County Sheriff's Office 751 Ute Ave Kiowa, CO 80117 303-621-2027 |
|---|---|---|

## General Information

| | |
|---|---|
| Incident Type | Financial Crimes/Fraud Identity Theft |
| Tracking Number | 124000105 |
| Report Date | 06/19/2024 10:55 AM |

## Reporting Person Information

| | |
|---|---|
| Name | Czubatiuk , Angela |
| Home Address | 42313 vista ridge, Parker , CO 80133, US |
| Home Phone | 773 505 4556 |
| Email | angcz78@gmail.com |
| Race | White |
| Sex | Female |
| DOB | 11/14/1928 |
| Driver License No | 181430740 |
| Licensing State | CO |

## Incident Information

| | |
|---|---|
| Incident Location | 42313 vista ridge, Parker , CO 80133 |
| Incident Time (start) | 02/19/2023 10:55 AM |
| Incident Time (end) | 06/19/2024 10:55 AM |

## Narrative

|  |  |
|---|---|
| | Trump and Joe Biden are responsible and being charged for cutting to watch my life. Judge Boyette and the police in Elbert county |
| Incident Description | To steal the money I made in 2021 at 13.8 Trillion dollars using Sasha overbaugh, Ryan Arne and Carrie Arne Warren |
| | Responsible for watching dreams and the where about of my family wanting them dead |
| | Headquarters in Chicago has been notified |

Print This Report

4

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Sunday, July 7, 2024 10:52 PM |
| **To:** | ETC General |
| **Subject:** | Print |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** February 12, 2024 at 9:05:26 PM MST
> **To:** gov_cora@state.co.us, dpdpio@denvergov.org, 01Division3@judicial.state.co.us
> **Subject: Suspect**
>
> Rick ashman who is the GM of 24 hour fitness has been negotiating mentally abusing artificial intelligence with Trump to have me killed
>
> Pass this along to all districts
>
> Pull his license from Colorado state as bounty hunter -
>
> Czubatiuk , Angela
> Running for office 24'
> 7735054556
>
> Sent from my iPhone

*FBI Reported .*

*Cutting- watching my life !*

1

6:44                    5G

2024 Election ›    Presidential debate    Balance

OPINION

# Opinion: Trump's 'lost cause,' a kind of gangster cult, won't go away



A supporter of Donald Trump holds a Confederate flag inside the U.S. Capitol on Jan. 6, 2021, after the crowd breached the building as Congress was proceeding with the electoral vote certification of the 2020 presidential election.  (Saul Loeb / AFP via Getty Images)

**By David W. Blight**

Jan. 14, 2024 3:15 AM PT

⌲ Share

🔒 **latimes.com**

# POLITICO

## MAGAZINE

### Q&A

## The One Way History Shows Trump's Personality Cult Will End

An expert on autocracy assesses how far America has slipped away from democracy, and what it will take to get it back.



By MICHAEL KRUSE
04/16/2022 07:00 AM EDT

f  🐦  🔗  •••

*Michael Kruse is a senior staff writer at POLITICO and POLITICO Magazine.*

n the summer of 2020, Ruth Ben-Ghiat was putting the final touches on her history of modern autocracy. She had to do it, though, without the benefit of

**I** knowing whether one of her most important subjects would remain in power come November.

But she wasn't exactly in the dark either.

Advertisement

She had seen enough of Donald Trump's behavior over the preceding five years to know how neatly he lined up with other strongmen she had studied and how his autocratic tendencies would influence his behavior whether he won or lost.

"I just predicted that he wouldn't leave in a quiet manner," Ben-Ghiat, a professor of history and Italian studies at New York University told me recently. "He's an authoritarian, and they can't leave office. They don't have good endings and they don't leave properly."

Nearly two years later — after a riot, an impeachment, and a monomaniacal campaign to punish the Republicans who tried to hold him accountable — Ben-Ghiat has ample proof of her thesis. And she professes even more concern that Trump's sway over the GOP has permanently transformed the party's political culture. "He's changed the party to an authoritarian party culture," she told me. "So not only do you go after external enemies, but you go after internal enemies. You're not allowed to have any dissent."

With the midterms and some key governors races approaching, Ben-Ghiat is looking around the corner again. She sees dangerous signs of autocracy seeping into state houses and governors' mansions where leaders such as Florida Gov. Ron DeSantis are executing policies and enacting laws that mimic Trump but with a smoother, less bombastic style.

She insists her urgent warnings should not be construed as fatalism. Throughout our interview she leavened her direst predictions with a pragmatic if not sunny optimism. Political violence is more likely than an actual civil war; a Republican takeover in November would be catastrophic but she remains heartened by the ability of American voters to "interrupt an autocratic personality who's in the middle of his project;" and ballot box victories alone don't stop autocrats but the law can. "It takes prosecution and conviction to deflate their personality cults," Ben-Ghiat said. "That's what it takes."

This interview has been edited for length and clarity.



Autocracy expert Ruth Ben-Ghiat believes that while America remains a
democracy on the national level, the system has been eroded particularly
at a state level. | Erin Balano

**Michael Kruse:** We're coming up on seven years since Donald Trump came
down the escalator at Trump Tower and announced he was running for
president. I'm wondering where in your estimation we are in this country in the
timeline of increasing authoritarianism.

**Ruth Ben-Ghiat:** When somebody like Trump comes on the scene and holds
office, it's really like an earthquake or a volcano, and it shakes up the whole
system by gathering in this big tent all the extremists, all the far-right people,
and giving them legitimation. The GOP was already going away from a
democratic political culture, but he accelerated it and normalized extremism
and normalized lawlessness. And so the GOP over these years has truly, in my
estimation, become an authoritarian far-right party. And the other big story is
that his agenda and his methods are being continued at the state level. Some of

AD

The final thing I'd say is machismo [is] up there as a tool of rule alongside propaganda and corruption. Getting ahead as a man [in this political system] means being more like Trump. And so you saw Mike Pompeo, who started talking about "swagger" and he was a very different kind of State Department head. And now you have people like Ron DeSantis who even absorbed the hand gestures of Trump. And so at the elite level, the political system is shaped by Trump, and every day we see his legacy.

**Kruse:** What would you say to those in this country who say, "No, the Republicans aren't the autocrats. It's the Democrats who are the autocrats. It's Joe Biden. It's other Democrats with power who are making us wear masks or take vaccines we don't want to take. They're the ones who are behaving more in autocratic ways, not the Republicans."

**Ben-Ghiat:** One of the big talking points and strategy of right-wing authoritarianism, is to label democratic systems as tyrannical. Mussolini was the first to say that democracies are tyrannical, democracies are the problem. And there's a whole century's worth of the strategy of calling sitting Democrats, who you want to overthrow, dictators. Biden as a social dictator, [is] a phony talking point. It has so many articulations from "They're forcing us to wear masks." And you have people like DeSantis who are doing this very subversive thing of saying, "Florida's the free state. You can have refuge from the dictatorship of Biden here." And what this is designed to do is discredit the sitting democratic administration in order to create, a myth of freedom. January 6 was actually marketed as the violence [being] in the service of freedom, and you were overthrowing a dictator.

**Kruse:** Where is Trump in his own timeline? Is he in your estimation getting weaker, getting stronger, in a holding pattern?

**Ben-Ghiat:** The genius of the "big lie" was not only that it sparked a movement that ended up with January 6 to physically allow him to stay in office. But psychologically the "big lie" was very important because it prevented his propagandized followers from having to reckon with the fact that he lost. And it maintains him as their hero, as their winner, as the invincible Trump, but also as the wronged Trump, the victim. Victimhood is extremely important for all autocrats. They always have to be the biggest victim.

So the "big lie" maintained Trump's personality cult versus seeing him as just another president who was voted out of office. Americans traditionally always accepted that when your time is up, no matter how popular you were, you were gone. Trump disrupted that because he's different from any other president, Republican or Democrat. He's an authoritarian, and they can't leave office. They don't have good endings and they don't leave properly. And I predicted — I had to turn in [my] book in the summer of 2020 — and I just predicted that he wouldn't leave in a quiet manner. The "big lie" allowed him to psychologically never leave. So he's in this kind of limbo. As an authoritarian, his other job has been to make sure to keep hold of the party so no rivals emerge, so that he could [not] be eclipsed by a younger version of himself. And that would be DeSantis.

AD

**Kruse**: Have you been surprised at how successful he's been in this regard, especially considering he doesn't have Twitter? As you referenced, Truth Social has been more or less a failure to this point. He is doing this through emails and [conservative] media hits.

**Ben-Ghiat**: The Twitter was for the masses, to keep the masses indoctrinated, and I see Trump as one of the most successful propagandists of the early 21st century. He tweeted over 120 times a day. But that was for the masses. I wasn't talking about voters as much as how has he kept the elites tethered to him. And that has nothing to do with Twitter. That has to do with what he's always done: collecting compromising information, threatening, and he's changed the party to an authoritarian party culture. So not only do you go after external enemies, but you go after internal enemies. You're not allowed to have any dissent. And it's not just when the leader was going to be impeached. In February 2021, during the second impeachment, and Republicans who voted to impeach him had to buy body armor because they were being threatened.

The big question will be what will happen in the coming months so that he can retain that power because he's very toxic. There's always this worry that maybe the investigations will bring more things out, so it's not a done deal that he will get the nomination. But he's been remarkably successful in ways that don't surprise me at all. Because that's how authoritarians are. They're personality cults, even if they rule in a democracy like [Italy's former prime minister Silvio] Berlusconi did. Berlusconi's personality cult did not deflate until he was convicted, which he eventually was. That's what it takes. It takes prosecution and conviction to deflate their personality cults.

**Kruse**: You recently wrote, "Ron DeSantis is turning Florida into his own mini-autocracy." Why is he an autocrat?

**Ben-Ghiat**: He has autocratic tendencies. What's so interesting is he was a Reaganite and then he had clearly some kind of epiphany when Trump came on the scene. He had that campaign video that showed his house being transformed into an altar for Trump. And he got the endorsement. He has absorbed the lessons of what you need to get ahead in the GOP today. And that

is to be a forceful bully, even to high school students. The way he carries himself and speaks has gotten much more aggressive. And he's also very smartly tried to turn Florida into this refuge for all who are oppressed by Biden. He invited New York city cops and people from all over the nation who are oppressed by federal government vaccine [rules], or state mandates, [to] come to Florida and be free. And so that's one way he's setting up Florida to be the fiefdom of a certain politics, a certain ideology, that he clearly then wants to take national. And in fact his spokesperson, Christina Pushaw, says, "Make America Florida."



Trump supporters attend a rally in Washington on Jan. 6, 2021, hours before the Capitol riot. | John Minchillo/AP Photo

**Kruse:** Is it fair to see DeSantis as a very capable, committed student, whereas Trump is more of an instinctual autocrat?

**Ben-Ghiat:** There are limits to the comparison because Trump truly is an autocratic individual. He was as a businessman and he has surrounded himself with people from [Paul] Manafort and [Roger] Stone to [Steve] Bannon who have decades of experience helping and working for dictators. They're on a crusade to ruin democracy. And DeSantis had a very different career path. And so what's notable about him is he has sensed, like all smart politicians, what you need to get ahead in today's America, in today's GOP, what kind of leader you need to seem to be, what policies, what talking points, [such as] election fraud. What you need to do is turn citizens against each other, which he does with the "Don't Say Gay" bill. His election security office has a hotline where you can call and tip off your fellow Floridians doing bad things. These are in themselves all things that match up with autocratic policies. Yes, he's a very capable student of what is going to have success in today's GOP and with today's electorate.

AD

**Kruse**: Is Ron DeSantis the non-Donald Trump politician doing this in the most stark, arguably most effective way, or are there others that you are paying attention to?

**Ben-Ghiat**: There are lots of others. In terms of his policies and his aggression, Greg Abbott stands out, of course. I'll never forget that he posed smiling with his target practice sheet and joked about shooting journalists during the Trump years. But Ron DeSantis stands out because, one, he has made clear his aspirations to national leadership, and two, he's smooth. Just as [Viktor] Orbán is a more palatable Putin — you don't hear about poisoning [enemies], you don't hear about people falling out of windows — DeSantis doesn't have all that baggage Trump has. He's younger and he's smoother. He's more measured in what he says. He's trained as a lawyer. Trump is a much more outrageous personality and that's the source of Trump's charisma, but DeSantis is extremely popular. And so he has his own form of relating to audiences that people like.

**Kruse**: Given Trump, DeSantis, Abbott and so on, is the United States of America still a full democracy?

**Ben-Ghiat**: It's deceptive because Trump did an enormous amount of damage. And that was why he was there. He was there to wreck our democracy. And then he was voted out. We can never forget that in the middle of a pandemic, 80 plus million people turned out to get rid of him. And that's very rare in history where you interrupt an autocratic personality who's in the middle of his project. And now the individual states are continuing this. And what's so worrying is that they're continuing it in a very accelerated fashion.

Also, the midterms are so close. I do believe if [Republicans] capture Congress after the midterms, you always have to assume the worst with people who have been very open about wanting to wreck democracy. And so that's why they float these scary things, like making Trump speaker of the House. You have to realize that these people have left democracy, and nothing is off the table. And that's why to go back to DeSantis, it's very ominous that he established this office of election security. It's very bad because it has its own prosecutors, and it makes things that used to be a misdemeanor a felony. If you look at the details of it, it's not only an intimidation machine. It has some prosecutorial powers, and it has informing mechanisms, the tip line, and the whole idea of

election integrity as this buzzword, which really means how are we going to start making elections come out the way we need to, is a very anti-democratic thing.

**Kruse:** So the answer I heard to the question — "Is America still a full democracy?" — was ... maybe not?

**Ben-Ghiat:** No. David Pepper, who wrote this book *Laboratories of Autocracy*, has always said that many states are no longer functioning democracies. I would say that nationally, we are a functioning democracy. That's how we got rid of Trump. But the system has been eroded and many states are shifting, are evolving over time to a condition where votes are going to mean less. And then you get into a situation which is like what happened in Hungary where over time Viktor Orbán has developed a system where it's almost impossible for the opposition to win.

AD

**Kruse:** Is it fair then to see the U.S. as an "anocracy," neither completely democratic nor completely autocratic?

**Ben-Ghiat:** It's in transition. However, I do believe it's extremely important to never fall into fatalism. I believe it's my job to warn people what could happen, but it's very important — that's why I keep bringing up the 2020 election and also the 2018 midterms — that these are recent events, and there is this energy of protest and love for democracy and freedom, real freedom, not the Republicans' idea of freedom, that we can't lose, because once you decide that it's all rigged and there's nothing you can do, then you do lose democracy.

**Kruse:** There has been increasing talk of the inevitability of civil strife, of civil war. And full democracies don't have civil wars. Autocracies also don't have civil wars, right? It's sort of those places that are in some worrying state of transition that might be susceptible to that kind of violence. Are we on the way to civil war?

**Ben-Ghiat:** I actually believe the possibility of true, active civil war — meaning violence on both sides — is not likely. It's something that the Republicans, the right, wants us to think is happening, and they use that to get people on their side as armed up as possible, as weaponized, literally weaponized, as possible, as fearful as possible. But I don't think that we would fall into that state. It's much more likely that the midterms go the Republicans' way, and you fall into a system where your vote doesn't mean much. I do see perhaps an increase of another round of protests. Often protests, big protests, materialize around an event. So the Women's March was the shock of Trump winning and coming to power. Then you had George Floyd, which sparked the Black Lives Matter protests. I respect a lot Barbara Walter, who wrote the book about our likelihood [for civil war], where we've passed these guardrails. But the ones who really want a civil war, it's only the extremist Republicans. Because civil war is bad for business. Civil war is bad for health. It's bad for the nation. And so it's really a scare talking point.

**Kruse:** A scholar who studies violent conflict, Thomas Homer-Dixon, recently wrote, "By 2025 American democracy could collapse causing extreme domestic political instability, including widespread civil violence. By 2030, if not sooner, the country could be governed by a right-wing dictatorship." Does that sound right to you or too extreme?

**Ben-Ghiat:** It could happen in a quieter way. I think that it's not out of the realm of possibility, because if the Republicans tried to impeach Biden and impeach Harris, there would be protests. Whether that becomes a civil war is very different because it's predominantly only one side which is armed, first of all. So Walter is right. She wanted to point out how far our democracy has eroded. And it's not out of the realm of possibility that we could end up with some kind of form of autocracy because that's what's being set up by all of the assaults on our electoral system. And Bannon's been working very hard at this, too, from his own vantage point. It's intimidation of voters, removing voters, look at all these threats to election officials — so you get them out of the system — this all corresponds to what we call "autocratic capture." There's a movement going on. This is what I mean by more — it's more legalistic and quieter. And that doesn't tend to bring out people into the streets. Because it's an evolution and it's happening slowly, slowly, slowly, and big protests are

AD

**Kruse:** Are there signs in these developments of a particularly American style of autocracy?

**Ben-Ghiat:** The wild card is guns. No other country in peace time has 400 million guns in private hands. And no other country in peacetime has militias allowed to populate, has sovereign sheriffs, has so many extremists in the military, and that matters because of these other things. And in fact, if January 6 didn't bring out a massive protest, what is going to bring out a massive protest? Because that showed that groups of people who were there were people unaffiliated with any Proud Boys or any radical group. And Robert Pape, who studied them, called them middle-aged, middle class, but they were all armed. Some of them had private arsenals and they showed up at January 6. So that's the wild card. That's one thing that's extremely American, that violence, that the population believes it has the right to rebel against tyrannical government. Like Matt Gaetz says: The Second Amendment is not just about hunting. And here we go back to the idea of Biden as a dictator. And that only works if your citizenry is armed and ours is to a degree that no other country is in the entire world.

**Kruse:** Given the stakes, what are Democrats doing wrong right now?

**Ben-Ghiat:** The reason that Trump was able to shift the political culture, Trump and his allies, is that he imposed an authoritarian party culture [with] unified messaging. Propaganda needs to be repeated with small variations. All the different Fox News hosts, all the GOP politicians, you can tell when the various talking points come up, because they get echoed by all these lawmakers and throughout Fox. Now Democrats by their nature are not going to impose unified messaging. And so Democrats don't have that force of concentration of message, that repetition, and that's a failing in this environment.

FILED UNDER: Q&A, RON DESANTIS, DONALD TRUMP, JAN. 6 CAPITOL RIOT

Loading

SPONSORED CONTENT

Recommended by Outbrain



False description about husband !



**1:51**    .ıll 5G◎ ▯



## One person hospitalized as 'rifle-wielding' woman taken into custody after sparking Trump Tower lockdown in Chicago: SWAT teams respond to 'domestic-related incident' on 27th floor

f    ◎    ⬆    💬 13 comments



abusing artificial Intelligence called police on re-military police surrounded me in hotel- sniper-

Angela Gubatuk
7-8-24



ADVERTISEMENT

Shop early fashion deals    prime day    ✕



AA    🔒 dailymail.co.uk    ↻

Police told the **Chicago Sun-Times** that the woman entered the building located at 401 N
'brandishing a rifle' at about 11.25am.

Radio traffic show officers were called to the 27th floor of the building. The incident
'thought to be domestic' was not immediately linked to any terroristic threat.

Continue watchingChilling moment shark watches as bleeding woman is rescuedafter the
ad

Some **outlets** indicate police communications stated that the woman had said she was
'tired of being abused by her husband.'

Police could not immediately be reached for comment Wednesday afternoon but said
there is 'no threat to the public' and the incident appears to be 'isolated.'

Just after 1pm eastern, police confirmed that the incident had concluded and no injuries
were reported. One unidentified person was taken to the hospital for evaluation.



© NBC Chicago

**+5**

View gallery

- 

**SWAT officers responded to the Trump International Hotel and Tower in Chicago Wednesday morning after an armed woman walked into the establishment**



**+5**

View gallery

- 

**Police sources told the Chicago Sun Times the situation was 'domestic related' and occurred on the 26th floor**

**TRENDING**



**Melania Trump's verdict on Jill and Joe Biden's marriage revealed**

11.2k viewing now



following
me
around
country-

Calling
in on
Kills-

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Friday, July 5, 2024 4:09 PM |
| **To:** | ETC General; angcz@czubatiuk.org |
| **Subject:** | Biden |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

" I paid off the district 1/2 billion to Wisconsin"

Czubatiuk, Angela

Sent from my iPhone





1:03    .ıll 5G

This incident has been reported to the
Elbert County Sheriff's Office
and is pending approval.

Elbert County Sheriff's Office
751 Ute Ave
Kiowa, CO 80117
303-621-2027

**General Information**
Incident Type          Financial Crimes/Fraud/Identity Theft
Tracking Number        E240004162
Report Date            07-01-2024 10:13 PM

**Reporting Person Information**
Name                   J Johathan - Angric
Home Address           42111 India ridge Parker CO 80138  US
Home Phone             774-506-4004
Email                  angic13@gmail.com
Race                   White
Sex                    Female
DOB                    11-16-1975
Driver License No      14-2830940
Comments/Notes         CO

**Incident Information**
Incident Location      42111 India ridge Parker CO 80138
Incident Time/From     07-01-2024 02:40 PM
Incident Time To/Until 07-01-2024 02:30 PM

**Narrative**

                       Donald Trump stole J Johathan out all my CO incoming
                       account and transferred into gether for pay in join to
                       Aierghian owner.

Incident Description   I have bank

                       Someone have

Print This Report



Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 17, 2024 at 11:57:00 PM MDT
**To:** info@elizabethtech.net
**Subject: Fwd: Commanders**


Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 17, 2024 at 11:54:15 PM MDT
**To:** ng.ncr.ngb-arng.mbx.gomailbox@army.mil
**Cc:** usarmy.usarc.ocar.mbx.gomo@army.mil, usarmy.pentagon.hqda-gomo.mbx.gomo@army.mil
**Subject: Commanders**

All commanders at bases are to stay in place for now

There are to be no transfers

Presidents are killing them off sending them to other countries-

Check with Israel and Yemen

Czubatiuk, Angela
Us attorney General
7735054556
Sent from my iPhone

Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 13, 2024 at 7:42:43 PM MDT
**To:** ACSInspectorGeneral@doi.nyc.gov
**Subject: Us treasury**

Biden is trying to come into town and take over what's in the treasury which in my name

Contact us attorney general and governor and put him in jail

Czubatiuk, Angela
Queen of England
7735054556
Sent from my iPhone

**10:57**                              .ıll 5G■

Original or Supplemental Report: Original        Update
Individual or Business Victim: Individual

**Yourself** ✓

Angela Czubatiuk , 42313 vista ridge, Parker , CO    Update
80138, US

**Incident Details** ✓

Time: 02/19/2023 10:55 AM - 06/19/2024 10:55 AM  Update
Location: 42313 vista ridge, Parker , CO 80138

**Narrative** ✓

Trump and Joe Biden are responsible and being
charged for culting to watch my life, Judge
Boyette and the police in Elbert county -

To steal the money I made in 2023 at 13.8 Trillion
dollars using Sasha overbaugh, Ryan Arne and      Update
Carrie Arne Warren

Responsible for watching dreams and the where
about of my family wanting them dead.

Headquarters in Chicago has been notified



➍ Review                    Session expires in 29:48. ✖

AA  🔒 secure.coplogic.com  ↻





**10:58**  ▮▮▮ 5G ▮

This incident has been reported to the
Elbert County Sheriff's Office
and is pending approval

Elbert County Sheriff's Office
751 Ute Ave
Kiowa, CO 80117
303-621-2027

**General Information**
Incident Type: Felony of Crime/Fraud/Identity Theft
Tracking Number: 124000026
Report Date:

**Reporting Person Information**
Name: Gretchen _____
Home Address: 61711 Elk Ridge, Parker - CO 80138, US
Home Phone: 775-505-4356
Email:
Race: White
Sex: Female
DOB:
Driver License No:
Licensing State: CO

**Incident Information**
Incident Location: 61711 Elk Ridge, Parker - CO 80138
Incident Total Days:
Incident Total Hours: 08/10/2024 10:55 AM

**Narrative**

Incident Description:

**[Print This Report]**



**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Cz <angcz78@gmail.com> |
| **Sent:** | Wednesday, June 19, 2024 11:06 AM |
| **To:** | ETC General |
| **Subject:** | Fwd: Biden- See attachment |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** May 29, 2024 at 1:58:17 PM MDT
> **To:** jmerchan@nycourts.gov
> **Subject: Fwd: Biden- See attachment**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Angela Cz <angcz78@gmail.com>
> > **Date:** May 29, 2024 at 1:47:23 PM MDT
> > **To:** oagcommunity@dc.gov
> > **Subject: Biden**
> >
> > Joe Biden , Trump Obama and Clinton along with prince Harry said and
> > appointed myself as Queen of England , and Us Attorney General back in
> > March of 2023
> >
> > Czubatiuk, Angela
> > Sent from my iPhone

1

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** May 29, 2024 at 2:17:25 PM MDT
**To:** Attorney.General@ct.gov
**Subject: Fwd: Biden- See attachment**


Sent from my iPhone


Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** May 29, 2024 at 1:58:17 PM MDT
**To:** jmerchan@nycourts.gov
**Subject: Fwd: Biden- See attachment**


Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** May 29, 2024 at 1:47:23 PM MDT
**To:** oagcommunity@dc.gov
**Subject: Biden**

Joe Biden , Trump Obama and Clinton along with prince Harry said and appointed myself as Queen of England , and Us Attorney General back in March of 2023

Czubatiuk, Angela
Sent from my iPhone

Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 17, 2024 at 1:47:17 PM MDT
**To:** jmerchan@nycourts.gov, frank.kurys@nypd.org
**Subject: Businesses**


https://ag.ny.gov/sites/default/files/tto_release_properties_addendum_-_final.pdf


Czubatiuk

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 13, 2024 at 5:08:01 PM MDT
**To:** mpd@dc.gov
**Subject: Biden**

Biden said he had US attorney general Merrick Garland killed

President can not order kills on the military

Czubatiuk
7735054556
QUEEN OF ENGLAND/ US
Sent from my iPhone

Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 13, 2024 at 5:22:31 PM MDT
**To:** mpd@dc.gov, Rcontreras@uscourts.gov
**Subject: Fwd: Biden- See attachment**

Sent from my iPhone

Begin forwarded message:

**From:** Angela Cz <angcz78@gmail.com>
**Date:** June 13, 2024 at 4:46:41 PM MDT
**To:** mpd@dc.gov
**Subject: Fwd: Biden- See attachment**

Biden is responsible for talking to aliens and culting in a group of myself and stars for control and mental manipulation

Called this into quantify bay and trying to have me killed to steal from the New York treasury of the money I created for this country,

Judge Palmer boyette from Colorado 18 th district announced myself Queen of England in July of 2023

As I am Queen of the United States which is where I reside.

He needs to leave the marine base in DC ALONE AND OTHER BASES

Sent from my iPhone

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Cz <angcz78@gmail.com> |
| **Sent:** | Tuesday, June 18, 2024 11:04 AM |
| **To:** | ETC General |
| **Subject:** | Fwd: Trump |

Sent from my iPhone

Begin forwarded message:

> **From:** Angela Cz <angcz78@gmail.com>
> **Date:** June 18, 2024 at 11:03:52 AM MDT
> **To:** wi_helpdesk@egov.com, jmerchan@nycourts.gov, frank.kurys@nypd.org
> **Subject: Trump**
>
> Police report has been made about Trump on Michigan ave in Chicago about culting to steal and kill people
>
>
> Take him out of Wisconsin or put him in jail
>
> Czubatiuk , Angela
> 7735054556
> Us Attorney General
>
>
> Sent from my iPhone

1:03                           .ıll 5G: ■

**Confirm Question(s)**    ✓

Confirmed

**Additional Information**    ✓

Original or Supplemental Report: Original    Update
Individual or Business Victim: Individual

**Yourself**    ✓

Angela Czubatiuk , 42313 vista ridge, Parker, CO    Update
80138, US

**Incident Details**    ✓

Time: 07/05/2024 01:00 PM - 07/05/2024 01:00 PM Update
Location: 42313 vista ridge, Parker, CO 80138

**Narrative**    ✓

Donald Trump stole 1 Trillion out of my US
treasury account and laundered into either his
own or son or daughter name

                              Update

Chase bank

Securities fraud    Session expires in 29:57. 🔄



9:40                                      .ıll 5G 🔋

‹ Inbox                              ∧    ∨

# Your Online Police Report T24000144 Has Been Submitted

Your online report has been successfully received and the tracking number is T24000144.
You will be notified via email of any problems with your report. Once your report is approved, it will be issued a case number and you will receive a PDF copy as an attachment

2

**9:40**    .ıl  5G  



| | This incident has been reported to the **Elbert County Sheriff's Office** and is pending approval | Elbert County Sheriff's Office 751 Ute Ave Kiowa, CO 80117 303-621-2027 |
| --- | --- | --- |

**General Information**

| | |
| --- | --- |
| Incident Type | Financial Crimes/Fraud/Identity Theft |
| Tracking Number | 124000144 |
| Report Date | 07/06/2024 09:40 PM |

**Reporting Person Information**

| | |
| --- | --- |
| Name | Czubatiuk , Angela |
| Home Address | 42313 vista ridge, Parker, CO 80138, US |
| Home Phone | 773-505-4556 |
| Email | angcz78@gmail.com |
| Race | White |
| Sex | Female |
| DOB | 11/14/1978 |
| Driver License No | 141630740 |
| Licensing State | CO |

**Incident Information**

| | |
| --- | --- |
| Incident Location | 42313 vista ridge, Parker, CO 80138 |
| Incident Time (start) | 07/06/2024 09:35 PM |
| Incident Time (end) | 07/06/2024 09:35 PM |

**Narrative**

| | |
| --- | --- |
| Incident Description | Kamala Harris - stole 20 million out of homeland security account Stalking , harassment Joe Biden - Stalking , Harassment - intent to harm me Obama-intent to harm me Trump Donald - intent to harm/ stalking and harassment |

Print This Report

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz78@gmail.com> |
| **Sent:** | Monday, July 8, 2024 10:16 AM |
| **To:** | ETC General |
| **Subject:** | Print pic x 3 |



Sent from my iPhone

**Elizabeth Technology Center**

| | |
|---|---|
| **From:** | Angela Czubatiuk <angcz@czubatiuk.org> |
| **Sent:** | Monday, July 1, 2024 8:01 PM |
| **To:** | angcz78@gmail.com; ETC General |
| **Subject:** | Trump |

Laundered 30 billion that he supposedly raised from the RNC account in Wisconsin That was actually stolen from NY treasury I created for the country

Czubatiuk

Sent from my iPhone