

## Complaints and Other Initiating Documents
1:24-cv-02077 Czubatiuk v. Trump et al

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 7/31/2024 at 12:05 PM MDT and filed on 7/29/2024
**Case Name:**     Czubatiuk v. Trump et al
**Case Number:**   1:24-cv-02077
**Filer:**         Angela Czubatiuk
**Document Number:** 1
**Judge(s) Assigned:**  None (please contact the court)

**Docket Text:**
**COMPLAINT against NY Bank Reserve, Donald Trump, John C. Williams Filing Fee: $405.00Receipt Number:111325, filed by Angela Czubatiuk. (Attachments: # (1) Exhibit, # (2) Exhibit)(efoga, )**


**1:24-cv-02077 Notice has been electronically mailed to:**

**1:24-cv-02077 Notice has been mailed by the filer to:**

Angela Czubatiuk
1350 North Grant Street
Denver, CO 80203

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=7/31/2024] [FileNumber=9792569-0
] [65ebc51cb96735eec3de799d960560f5d510fb75a6d58c5ee69a62726b73de9c80e
7d71ca74a742b54915bf195e3ca16c934729645548603a86064fee1a64441]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=7/31/2024] [FileNumber=9792569-1
] [07a945c1cfe0c031330ca3e3c8bf864a5eccf71756d736b4b2a2cb539fa89d83556
7af10fa6cb15245fb2ca91a9f3540a070d785e1212441412c894c7d67a228]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=7/31/2024] [FileNumber=9792569-2
] [71f0dd0d63b3aed3a9d33e2d25090fa49bab8cffe49d38aaad96e86e3af93d895b5
c1c8c3ac928a485c103416be6fbff2365c6b76f593f9819a1b93efc2101e6]]

## Other Events
1:24-cv-02077 Czubatiuk v. Trump et al

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 7/31/2024 at 12:06 PM MDT and filed on 7/29/2024
**Case Name:**           Czubatiuk v. Trump et al
**Case Number:**         1:24-cv-02077-SBP
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**Case assigned to Magistrate Judge Susan Prose. Text Only Entry (efoga, )**


**1:24-cv-02077-SBP Notice has been electronically mailed to:**

**1:24-cv-02077-SBP Notice has been mailed by the filer to:**

Angela Czubatiuk
1350 North Grant Street
Denver, CO 80203

## Other Events

1:24-cv-02077-SBP Czubatiuk v. Trump et al

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 7/31/2024 at 12:07 PM MDT and filed on 7/29/2024
**Case Name:**        Czubatiuk v. Trump et al
**Case Number:**      1:24-cv-02077-SBP
**Filer:**
**Document Number:** 3

**Docket Text:**
**Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. No summons issued. (efoga, )**

**1:24-cv-02077-SBP Notice has been electronically mailed to:**

**1:24-cv-02077-SBP Notice has been mailed by the filer to:**

Angela Czubatiuk
1350 North Grant Street
Denver, CO 80203

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=7/31/2024] [FileNumber=9792577-0
] [3d5f0eb48cd7f6ec125f95ab268fdf44ef15184e535503023bc909e9cf3a597dc6e
fc944b0715371ac08cedd93f70e118217e0bda2a3b1cc4cc11bdea0c40c10]]