

UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

24-cv-2077

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 28 2024

JEFFREY P. COLWELL
CLERK

#7

9327010069485510?

Angela Czubatiuk
1350 North Grant Street
Denver, CO 80203

80203-2373

80294>2500

quadient
FIRST-CLASS MAIL
IMI
$004.61°
10/17/2024 ZIP 80294
043M31245131

US POSTAGE

NIXIE    808    FE 1    0010/24/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099    *1220-01554-17-47