

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

24-cv-2077-TPO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2024

JEFFREY P. COLWELL
CLERK

#9

Angela Czubatiuk
1350 North Grant Street
Denver, CO 802(

NIXIE   803  DE  1   0021/15/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 80294235999   *1926-08193-05-44

DENVER CO 802
5 NOV 2024 PM

quadient
FIRST-CLASS MAIL
IMI
$000.69°
11/05/2024 ZIP 80294
043M31245131

US POSTAGE