- Court Clerk -     12-16-24

CC: Pentagon, Ft Liberty @ Morgan (General) Commissioner Angioli (London) Pistol - China embassy (Warsaw @ ambassador)

24 cv 2077 -

phone has physical evidence - location @ elbert county

Prince Harry has a letter containing my situation @ Buckingham palace

4/23 - letter from London ambassador (Margorie) Internal affairs - Boston -

New York Judge - Juan Merchan - (Trump judge) @ 34 convictions - + witnesses & more -

Buckingham palace is nuke, reserve is nuke - to negotiate w/ - Queen of England

Prince Harry has this document either on his phone or hidden @

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 23 2024
JEFFREY P. COLWELL
CLERK

the bank may lie and say he got rid of it -

Docket -
~~24cv 2077~~ -

Contains evidence -
Chicago Trump tower - Jail of
april 2023 -
military police called -
Trump - attempt to have me
shot - criminal trespass -

Biden's document is real -
~~Intent~~ to ~~have~~ - over money
& power. - @ 18th district

ask -
Chicago - Frank Conroel @
5th district + Sgt Staff 18th D
Chicago -

will take lie detector test -
@ your location -
           Ooii-Cembithak Angela