Cumberluck 24-4644

Douglas County
4000 Justice Way
Castle Rock, CO 80109

DENVER CO 802
19 DEC 2024 PM 4

FOREVER / USA

US Marshael's
Court Clerk
Attn - Judge Nichols
901 19th St 1st Floor
Denver, CO 80294

UNCENSORED INMATE MAIL
DOUGLAS COUNTY JAIL
CASTLE ROCK, CO

Post office - no release to Police

80294-250151

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

8922 III