Court Clerk — 12-31-24

CC: Ed Johnson law @ Chicago
Congress / Denver & Chicago
US Att general @ Denver

24 CU 2077 - Case -

please obtain
letter from April 12, 2023
from Prince Harry - London or
New York of ICC warrant

witness -
Ambassador - Marjorie
Commissioner Anjali

States - Queen of England -
Buckingham Palace -
Presence is needed to negotiate
will take lie detector test

Sin, Gabriel, Angela

John C Williams -
CEO of
NY reserve bank -
witness -
 had / have account
 I be transferred -
add Biden name to
 case to charge -
his spending money -
his bribes - add your name (Judge)
to file -

Gov. Gubernatorial Anglea