Nichols Richards

cc: Congress @ Denver & Chicago, Ft Liberty, national guard @ Centennial CO, US Army General @ Chicago

1-9-25
24cv2077

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
JAN 17 2025
JEFFREY P. COLWELL
CLERK

to be filed -

United States is not a corporation, Presidents, Congress have never bought into the nation for ownership or from outside countries - Presidents are too expensive to keep and live outside their budget - No outside leader is going to continue to give United States money. Reserve banks, including Boston, New York are being used for previous President and their family

along w/ the US Treasury from New York and Possibly cashing for Prince Harry (London) ect...

- Monies coming from US treasury, US trade such as New York are only to be used by appointed Generals of active US army + appointed Commander + Chiefs -
- Economy growth & Spread will be taken from certain governors of each state w/out previous charges or convictions
- Moving forward no active President or Previous is not to take from American People - unconstitutional
- New laws to change this law is prohibited -

Queen Beth Kilpatrick
England
US Army General