Judge Nichols Richards
CC: National Guard @ Centennial
CBI/FBI @ Denver/Chicago

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2025
JEFFREY P. COLWELL
CLERK

1-10-25

file containing
Will Plevis, Sasha Overbaugh,
Larry Shupe, Ryan Cole, Carrie Warren
Kris Bryant & ect,

Should of came in by national
guard or Fort Liberty from
administration/

Paul Dean might have copy
CBI may have filed in court
file containing evidence of currents
under political campaign should be
stamped national security threat
and will need to be filed in federal
court - so these people are picked up -
thankyou-
Gov, Jebsthuk Angela

1-12-25

Civil Suits -
  to create a account
a Northwest trust -
need business tax id -
Create w/
army reserve. 78
Angela Gubatuik
552 Shipwreck Rd
Santa Rosa Beach, Fl 32459

elbert county receives 100,000 a month
due to inflation -
Gov- cut waste - Ha Ha
they only need 20,000K a month -
80K every month - to take
expected to recieve 1-2 million every
month - (elbert) -
due to cutbacks on DC -