

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2025

JEFFREY P. COLWELL
CLERK

24-cv-02077-TPO

#12

Angela Czubatiuk
1350 North Grant Street
Denver, CO 80203

NIXIE        806   DE 1        7201/28/25

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 80294256099        *0420-05701-15-01

quadient
FIRST-CLASS MAIL
IMI
$000.69
01/14/2025 ZIP 80294
043M31245131

US POSTAGE